IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KHRISTOFFER MANDELL HEARRON                                          PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:06cv165-DCB-MTP

WARDEN BYRD                                                          DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the  10th  day of July, 2007.


　　　　　　　　　　　　　　　　　　　　　　s/ David Bramlette
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE